UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN RILEY JONES,

        Plaintiff,

v.                                                           CASE NO. 2:06-cv-11008
                                                            HONORABLE AVERN COHN

FOURTH JUDICIAL CIRCUIT COURT
FOR THE COUNTY OF JACKSON,
EDWARD J. GRANT, and CHAD C.
SCHMUCKER,

        Defendants.
_____/

## ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL

        This is a civil rights action for declaratory and injunctive relief under 42 U.S.C. § 1983.  Plaintiff, a state prisoner proceeding without payment of the filing fee, sued the Fourth Judicial Circuit Court in Jackson County, Michigan and Circuit Court Judges Edward J. Grant and Chad C. Schmucker.  On April 11, 2006, the Court dismissed the complaint for failure as frivolous and for failure to state a claim under 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

        Before the Court is plaintiff's motion for appointment of counsel, filed on April 12, 2006.  Because the complaint has been dismissed and the case closed, the motion for appointment of counsel is DENIED AS MOOT.

        SO ORDERED.

Dated: April 13, 2006                        s/Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE