UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN RILEYJONES,

       Plaintiff,                      Case No. 06-11008

v.                                         HONORABLE AVERN COHN

FOURTH JUDICIAL CIRCUIT COURT
FOR THE COUNTY OF JACKSON, et al,

       Defendants.
_____/

## ORDER FINDING MOTION FOR WAIVER OF FEES AND COSTS AS MOOT

Before the Court is the above-referenced motion filed by the Plaintiff. Upon review of the docket, on March 16, 2006 the prepayment of the filing fee was waived. In accordance with 28 U.S.C §1915 (b)(1), a prisoner must pay the full filing fee. The Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion is MOOT.

**SO ORDERED.**


Dated: April 13, 2006                        s/ Avern Cohn
                                              UNITED STATES DISTRICT JUDGE